# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]

Harold Benjamen Davis III,

[You are the PLAINTIFF, print your full name on this line.]

v.

Spencer, Hartman,

[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number 3:22-cv-327

[For a new case in this court, leave blank. The court will assign a case number.]

FILED APR 25 2022
GARY T. BELL, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

# PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] Corrections officer Spencer, Hartman | 401 W. Sample St. South Bend, IN 46601 |
| 2 | [Put the names of any other defendants in these boxes.] corrections officer Jonathan, Mauck | 401 W. Sample St. South Bend, IN 46601 |
| 3 | corrections officer Noah, Boggs | 401 W. Sample St. South Bend, IN 46601 |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? __4__

2. What is the name and address of your prison or jail? St. Joeseph County Jail 401 W. Sample St. South Bend, IN 46601

3. Did the event you are suing about happen there? ⊗ Yes.  ◯ No, it happened at: _____

4. On what date did this event occur? 3-18-2022

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

4  Defend Metzk    Corrections officer
401 West Sample St.
South Bend, IN
46601

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

   DO NOT: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how each defendant violated your rights.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

   DO NOT: Include social security numbers, dates of birth, or the names of minors.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you*.]

1. I was escorted from J-Pod to G-Pod in the St. Joe county jail on 3-18-2022 by Cpl. Spencer Hartman and Deputy Noah Biggs following an altercation between myself and another inmate. Upon arriving to my "new cell assignment" I was greeted with numerous inmates yelling at Cpl. Hartman and Deputy Biggs that they "know what condition cell G-415 is in and that I cannot be housed in the cell because it is extremely un-sanitary and contaminated with fecal matter, phlegm, sperm, urine and blood. I took one look into the cell and saw that all of this was indeed true and attempted to refuse to go into the cell due to the un-hygienic state the cell was in to which Cpl. Hartman told me (1) "Just lock down and he will see what he can do" acknowledging the foul state of the cell. I promptly requested to speak with a higher ranking officer to which Cpl. Hartman told me, "no one will come to help me" I pleaded with him (Cpl. Hartman) at which time Deputy Biggs got involved saying that "its not that bad Davis now get in the cell" I began to fear I would be forced into the cell and slammed into the filth so I tried one last effort to de-escelate the situation and asked/offered to clean the cell myself to (Cpl Hartman & Deputy Biggs) which they agreed but gave me nothing to clean with except cleaning solution no mop no rag, nothing. In the middle of me cleaning the cell I was told to stop by Deputy Biggs because I would be moving to medical

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

## Claims and Facts (continued)

for neurological screening. I left my towel on the floor because it was disgusting from my attempt to clean the cell. Less than 48 hours later I was told to pack my things because I would be moving to G415. I knew this was the same cell as last time and tried to plead my case about the condition of the cell ~~~~ to no avail. I was then placed in the cell by Deputy Menzek, ~~ (cell had still not been cleaned) and given cleaning supplies to clean the filth from the cell which I was clearly unable to adequately ~~ do. My being housed in that cell for 26 days caused numerous infections in my fingers where my open wounds from me biting my nails ~~ got contaminated in the dirty cell as well as me getting sick numerous times because of the unsanitary living conditions I was forced to endure. I lost ~~ weight due to not being able to eat in the cell, and I lost alot of personal belongings such as pictures and letters due to the filth of the cell. I also got a gum infection from being in the dirty cell for the better part of a month. I am attaching a copy of my write up to help show how Jonathan Mavick was the one whom approved for me to be housed in G-415. In this way, by shirking responsibilities Cpl. Hartman, Deputy Biggs, Jonathan ~~ Mavick and Deputy Menzek violated my rights to sanitary living conditions and my right to be treated with respect.

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

5. When did this event happen?
   ○ Before I was confined.
   ⊗ While I was confined awaiting trial.
   ○ After I was convicted while confined serving the sentence.
   ○ Other: _____

6. Have you ever sued anyone for this exact same event?
   ⊗ No.
   ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
   ○ No, this event is not grievable at this prison or jail.
   ○ Yes, I filed a grievance and attached is a copy of the response from the final step.
   ⊗ Yes, this event was grievable, but I did not file a grievance because _My grievance papers were never responded to and returned to me_ _____

8. If you win this case, what do you want the court to order the defendant(s) to do?
   [NOTE: A case filed on this form will not overturn your conviction or change your release date.]

   _I would like monetary compensation for pain and suffering caused by the jail staffs negligence._

[Initial Each Statement]
   _W_ I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
   _W_ I will keep a copy of this complaint for my records.
   _W_ I will promptly notify the court of any change of address.
   _W_ I WILL NOT send more than one copy of any filing to the court.
   _W_ I WILL NOT send summons, USM-285, or waiver forms to the clerk.
   _W_ I declare under penalty of perjury that the statements in this complaint are true.

   I placed this complaint in the prison mail system on ____/____/20____ at _____ am/pm.
   [Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

   _[Signature]_ _____          _313815_
   **Signature**                                         **Prisoner Number**

   [DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]