UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

HAROLD BENJAMIN DOWLS III,

    Plaintiff,

v.

SPENCER HARTMAN *et al.*,

    Defendants.

CAUSE NO. 3:22-CV-327-DRL-MGG

ORDER

Harold Benjamin Dowls III, a prisoner proceeding without counsel, was ordered to show cause by August 16, 2022, why he has not paid the initial partial filing fee assessed by the court. He was cautioned that if he did not respond by the deadline, this case was subject to dismissal without further notice for lack of prosecution.

The deadline has passed. He has not responded to the order. The docket reflects that the show cause order was returned in the mail as undeliverable with the notation that Mr. Dowls was released from custody on May 9, 2022.[1] It is his obligation as the plaintiff to keep the clerk apprised of his contact information at all times, but he has not complied with this obligation. *See Snyder v. Nolen*, 380 F.3d 279, 285 (7th Cir. 2004) ("litigants, including prisoners, bear the burden of filing notice of a change of address").

---

[1] Though he apparently did not receive a copy of the order at the jail, he could have visited the clerk's office in person or checked the status of his case online, in which case the show cause order would have alerted him that he needed to act promptly to avoid dismissal of his case.

At present, the court has no means of contacting him, and it appears he has abandoned this case.

For these reasons, this case is DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

September 12, 2022          *s/ Damon R. Leichty*
                            Judge, United States District Court