AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

HAROLD BENJAMIN DOWLS, III

    Plaintiff

    v.                                                    Civil Action No. 3:22-cv-327

SPENCER HARTMAN, *Corrections Officer*

JONATHAN MAUCK, *Corrections Officer*

NOAH BIGGS, *Corrections Officer*

MENZIK, *Deputy, Corrections Officer*

    Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s),_____recover from the Defendant(s)_____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff _____

☒ Other: This case is DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 41(b).

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by   Judge Damon R. Leichty

DATE:  9/12/2022  GARY T. BELL, CLERK OF COURT

by  s/N. Corle  
*Signature of Clerk or Deputy Clerk*